# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISON

| | |
|---|---|
| SARAH HURM,<br><br>    Plaintiff,<br><br>vs.<br><br>BERGMAN FOLKERS PLASTIC SURGERY, DR. RONALD BERGMAN, and ROBYN BARTHOLOMEW,<br><br>    Defendants. | Case No. 4:20-cv-00204 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(c)(1) and Local Rule 81a, Defendants, Bergman Folkers Plastic Surgery, Dr. Ronald Bergman, and Robyn Bartholomew, by and through their attorneys, file this Notice of Removal of an action filed in the District Court of Iowa, Polk County, entitled *"Sarah Hurm v. Bergman Folkers Plastic Surgery, Dr. Ronald Bergman, and Robyn Bartholomew"* now pending there as civil action No. LACL147522. In support of this notice, Defendants state as follows:

1. Filed concurrently herewith, pursuant to Local Rule 81a, are copies of all process, pleadings, and orders filed in the state case. Those documents as of the date of this notice, are as follows:

    a. Petition and Jury Demand (Exhibit 1)

    b. Civil Original Notice (Exhibit 2)

    c. Amended Petition and Jury Demand (Exhibit 3)

    d. Amended Original Notice (Exhibit 4)

      e.   Acceptance of Service by Defendants (Exhibit 5)

      f.   Appearance on Behalf of Defendants (Exhibit 6)

2. No other pleadings or orders have been entered in the pending state court action.

3. There are no pending motions in the state court that will require resolution by this court.

4. As of the date of this Notice of Removal, the names of counsel and law firms that have appeared in the state court lawsuit are:

| | |
|---|---|
| Matthew Brick | Stacie M. Codr |
| BRICK GENTRY, P.C. | Abigail L. Wallace |
| 6701 Westown Parkway, STE 100 | FINLEY LAW FIRM |
| West Des Moines, Iowa 50266 | 699 Walnut Street, Suite 1700 |
| Tel: 515.274.1450 | Des Moines, IA 50309 |
| Fax: 515.274.1488 | Tel: (515) 288-0145 |
| matthew.brick@brickgentrylaw.com | Fax: (515) 288-2724 |
| ATTORNEY FOR PLAINTIFF | scodr@finleylaw.com |
| | awallace@finleylaw.com |
| | ATTORNEYS FOR DEFENDANTS |

5. A copy of this Notice of Removal will be promptly served upon Plaintiff and filed with the clerk of the state court.

6. This Notice of Removal has been filed within 30 days after service of the Amended Petition. Defendants accepted service of the Amended Petition on or after June 9, 2020. The Notice of Removal is therefore timely under 28 U.S.C. §1446(b).

Attached as Exhibit 3 is a true and correct copy of the Amended Petition on file in the Iowa District Court for Polk County. The Amended Petition was filed on May 14, 2020.

7. Defendants were served with the Amended Petition and Original Notice on June 9, 2020. A true and correct copy of Defendants' Acceptance of Service is attached to this filing as Exhibit 5.

8. Plaintiff's Amended Petition asserts the following claims: Count I) Retaliatory Discharge in Violation of Public Policy; Count II) Tortious Discharge in Violation of Public Policy; Count III) Wage Claim; Count IV) Violation of the Fair Labor Standards Act; and Count V) Violation of OSHA § 11(C).

9. Plaintiff's Counts IV and V assert violations of the Occupational Safety and Health Administration and the Fair Labor Standards Act. As such, these causes of action are created by and arise under federal law and federal law provides any right to relief. Accordingly, this Court has original jurisdiction over those claims pursuant to 28 U.S.C. § 1331.

10. This Court has supplemental jurisdiction over Plaintiff's Counts I, II, and III pursuant to 28 U.S.C. § 1367. To the extent Counts I and/or II implicate questions of federal law, this Court would have original jurisdiction pursuant to 28 U.S.C. § 1331.

11. Lastly, Plaintiff's Amended Petition, on its face, asserts that **federal jurisdiction is proper pursuant to 28 U.S.C. §§ 1331, 1367**. *See* Amended Pet. ¶ 6.

12. Accordingly, as several of Plaintiff's claims arise under the laws of the United States, this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over Plaintiff's claims that do not arise under federal law pursuant to 28 U.S.C. § 1367. Therefore, Defendants are entitled to remove this action pursuant to 28 U.S.C. §1441(c)(1).

**WHEREFORE**, Defendants, Bergman Folkers Plastic Surgery, Dr. Ronald Bergman, and Robyn Bartholomew, pray that civil action No. LACL147522 now pending in the Iowa District Court for Polk County, be removed to the United States District Court for the Southern District of Iowa, Central Division.

Dated: June 29, 2020

        */s/*    *Stacie M. Codr*
               Stacie M. Codr, AT0001502

        */s/*    *Abigail L. Wallace*
               Abigail L. Wallace, AT 0012801
               FINLEY LAW FIRM
               699 Walnut Street, Suite 1700
               Des Moines, IA 50309
               Tel:  (515) 288-0145
               Fax:  (515) 288-2724
               scodr@finleylaw.com
               awallace@finleylaw.com

               *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel of record as listed below by:

    \_\_\_\_   United States Mail, postage prepaid and sealed;

    \_\_\_\_\_   United States Certified Mail, postage prepaid and return receipt requested;

    \_\_\_\_\_   Hand Delivery;

    \_\_\_\_\_   UPS / Next Day Air;

    \_\_\_\_\_   Facsimile Transmission;

    __X__   Local Rule 16.317 Electronic Filing (IA District Ct.); and/or

    __X__   Email (pdf)

on June 29, 2020.

**Matthew S. Brick**
BRICK GENTRY, P.C.
6701 Westown Parkway, STE 100
West Des Moines, Iowa 50266
Tel: 515.274.1450
Fax: 515.274.1488
matthew.brick@brickgentrylaw.com

                                */s/     Abigail L. Wallace*
                                    Abigail L. Wallace, AT0012801